## HOLTERMAN v. HOLTERMAN

No. 401P97

Case below: 127 N.C.App. 109

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1996.

## HOPKINS v. TUTTLE

No. 365P97

Case below: 126 N.C.App. 635

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1996.

## HOWARD v. ROBBINS ENTERPRISES, INC.

No. 394P97

Case below: 126 N.C.App. 829

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 2 October 1997. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

## JACKSON v. HOWELL'S MOTOR FREIGHT, INC.

No. 345P97

Case below: 126 N.C.App. 476

Petition by appellant (City of Fayetteville) for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997. Petition by defendant (Howell's Motor Freight) for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

## KOLBINSKY v. PARAMOUNT HOMES, INC.

No. 333P97

Case below: 126 N.C.App. 533

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.